**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| GENIA HOOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-00241 (LO/MSN) |
| | ) | |
| CAPITAL ONE (USA), N.A., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, Genia Hoover, by counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement. Within fourteen (14) days or such other time period ordered by the Court, the parties shall submit a Stipulation of Dismissal or Dismissal Order for entry by the Court

Respectfully submitted,
**MELVIN BROWN**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
Casey S. Nash, Esq., VSB #84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
Email: casey@kellyandcrandall.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of May, 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                      */s/ Kristi C. Kelly*
                                      Kristi C. Kelly, Esq., VSB #72791
                                      KELLY & CRANDALL, PLC
                                      3925 Chain Bridge Road, Suite 202
                                      Fairfax, VA 22030
                                      (703) 424-7572
                                      (703) 591-0167 Facsimile
                                      Email: kkelly@kellyandcrandall.com
                                      *Counsel for Plaintiff*