IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| GENIA HOOVER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 1:18cv241 |
| | ) |
| CAPITAL ONE (USA), N.A. | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure. For that reason and good cause shown, this matter is **DISMISSED** with prejudice.

It is so **ORDERED**.

Alexandria Virginia
July 6, 2018

/s/
Liam O'Grady
United States District Judge